# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. PORTLEY<br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING ET AL.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 08-2799 |

## ORDER

AND NOW, this ____ day of April, 2010, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Doc. 10), Defendant's Cross-Motion for Judgment on the Pleadings (Doc. 11), Plaintiff's Response in Opposition thereto (Doc. 12), and Defendant's Reply (Doc. 13), **IT IS HEREBY ORDERED AND DECREED** that

1. Plaintiff's Motion for Judgment on the Pleadings (Doc. 10) is **DENIED**; and

2. Defendant's Cross-Motion for Judgment on the Pleadings (Doc. 11) is **DENIED**.

BY THE COURT:

*(signature)*

**Hon. Petrese B. Tucker, U.S.D.J.**